**Order entered March 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00053-CR

**BEN LEE HENLEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F11-61328-l**

## ORDER

By letter dated January 17, 2013, this Court notified the trial court that we had a question concerning the accuracy of the certification of appellant's right to appeal. Specifically, the certification states appellant waived his right to appeal. The record, however, reflects appellant was convicted by a jury following a trial on his not guilty plea and the trial court assessed punishment at five years' imprisonment. Nothing in the record reflects there was an agreement as to punishment or that appellant waived his right to appeal after he knew what sentenced would be assessed. Because it appears the certification is inaccurate, we asked the trial court to review the record and to file, within ten days, either an amended certification or written verification, supported by documentation, that the existing certification is correct. On February 6, 2013 and February 26, 2013, we sent the trial judge letters inquiring about the status of the amended

certification or verification. To date, we have not received an amended certification of appellant's right to appeal or written verification that the existing certification is correct. The appeal cannot proceed until the issue of the certification is resolved.

Accordingly, we **ORDER** the trial court to file, within **FIFTEEN DAYS** of the date of this order, either an amended certification of appellant's right to appeal or written verification, with supporting documentation, that the existing certification is correct.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Carter Thompson, Presiding Judge, Criminal District Court No. 5, and to counsel for all parties.

/s/ DAVID EVANS
   JUSTICE